IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ZANNIE J. LOTHARP, | ) |
| Petitioner, | ) ) ) |
| v. | ) 1:20CV199 |
| UNITED STATES OF AMERICA, et al., | ) ) ) ) |
| Respondents. | ) ) |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on March 19, 2020, was served on the parties in this action. (ECF Nos. 5, 6.) Petitioner filed objections to the Magistrate Judge's Recommendation. (*See* ECF No. 7.)

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Petition filed pursuant to 28 U.S.C. § 2241 is DENIED.

A Judgment dismissing this action will be entered contemporaneously with this Order. This, the 27th day of April 2020.

/s/ Loretta C. Biggs
United States District Judge